STATE OF MONTANA, Plaintiff, vs. GORDON RICHARD LANGLEY, Defendant.

## DECISION

No. 2067

The application of the above-named defendant for a review of the sentence of Ten years to be served concurrent with Five years suspended imposed on January 11, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Bruce Moerer, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. JOHN HARMON SANNAN, Defendant.

## DECISION

No. 10169

The application of the above-named defendant for a review of the sentence of Twenty years, Twenty years and Five years concurrent imposed on February 16, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Tom Sheehy, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes, Peter G. Meloy.